Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@attorneysforconsumers.com
Attorneys for Plaintiff

David I. Dalby
HINSHAW & CULBERTSON
One California Street, 18th Floor
San Francisco, CA 94111
T: (415) 362-6000
F: (415) 834-9070
ddalby@hinshawlaw.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YOLANDA TARR,** | **Case No.: 2:11-CV-02276 -GGH** |
| Plaintiff, | **JOINT REQUEST TO DISMISS CASE** |
| vs. | |
| **CREDIT PROTECTION ASSOCIATION, L.P.,** | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to stipulate

and agree to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)ii of

the Federal Rules of Civil Procedure. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 15th day of June, 2012.

By:   s/Todd M. Friedman
Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

By:   s/David I. Dalby
David I. Dalby
HINSHAW & CULBERTSON LLP
Attorney for Defendant

Filed electronically on this 15th day of June, 2012, with:

United States District Court CM/ECF system

Notification sent electronically on this 15th day of June, 2012, to:

Honorable Gregory G. Hollows
United States District Court
Eastern District of California

David I. Dalby
Hinshaw & Culbertson LLP
Attorney for Defendant

15th day of June, 2012

s/Todd Friedman
   Todd Friedman