UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**YOLANDA TARR,**

Plaintiff,

vs.

**CREDIT PROTECTION ASSOCIATION, L.P.,**

Defendant.

) **Case No.: 2:11-CV-02276 -GGH**
)
) **ORDER**

IT IS HEREBY ORDERED that pursuant to the joint request of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.

Dated this 3rd day of July, 2012.

/s/Gregory G. Hollows
The Honorable Gregory G. Hollows